Jesse C. Swanhuyser (SBN 282186)
Email: jswanhuyser@alg.law
ANACAPA LAW GROUP, INC.
508 East Haley Street
Santa Barbara, CA 93103
Tel: (805) 689-1469

Arthur Pugsley (State Bar No. 252200)
Email: arthur@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff LOS ANGELES WATERKEEPER

William W. Funderburk, Jr. (Bar No. 176244)
Email: wfunderburk@candffirm.com
CASTELLON & FUNDERBURK LLP
811 Wilshire Blvd., Suite 1025
Los Angeles, California 90017
Tel. (213) 623-7515
Fax. (213) 532-3984

Attorneys for Defendant GASSER OLDS COMPANY, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit public benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>GASSER OLDS COMPANY, INC. a California corporation<br><br>Defendants. | Case No.: 2:18−cv−05581 JFW (SSx)<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

Stipulation to Dismiss Plaintiff's Claims With Prejudice

1

1  WHEREAS, on April 13, 2018, Plaintiff Los Angeles Waterkeeper ("Plaintiff" or "LAW") provided notice of intent to file suit against Defendant Gasser Olds Company, Inc. ("Defendant" or "Gasser Olds") (Plaintiff and Defendants collectively referred to as "Parties") for alleged Clean Water Act violations ("Notice Letter") to the Administrator of the United States Environmental Protection Agency ("EPA"); the Regional Administrator of EPA Region IX; the Executive Director of the State Water Resources Control Board ("State Board"); the Executive Officer of the Regional Water Quality Control Board, Los Angeles Region ("Regional Board") collectively, "state and federal agencies") and Defendant;

WHEREAS, on June 23, 2018, Plaintiff filed a Complaint against Defendant in this Court (the "LAW v. Gasser Olds Company, Inc.");

WHEREAS, on or about October 25, 2018, the Parties entered into a Settlement Agreement attached hereto as **Exhibit A**;

WHEREAS, on November 14, 2018, Defendant filed a Notice of Settlement. The Notice of Settlement advised the Court that the settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act;

WHEREAS, on November 26, 2018, the Department of Justice ("DOJ") advised it did not object to the terms of the Settlement Agreement;

WHEREAS, on December 10, 2018 a Notice of Non-Objection was filed with this Court;

///
///
///
///
///

Stipulation to Dismiss Plaintiff's Claims With Prejudice

2

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that all of the claims in LAW's Complaint be dismissed with prejudice. The parties respectfully request an order from this Court dismissing such claims with prejudice.

Respectfully Submitted,

LOS ANGELES WATERKEEPER

Dated: 18 December 2018         by:   /s/ Jesse C. Swanhuyser
                                      Jesse C. Swanhuyser
                                      Attorney for Plaintiff
                                      LA Waterkeeper

CASTELLON & FUNDERBURK LLP

Dated: 18 December 2018         by:   /s/ William W. Funderburk, Jr.
                                      William Funderburk, Jr.
                                      Attorney for Defendant
                                      Gasser Olds Company, Inc.