Jesse C. Swanhuyser (SBN 282186)
Email: jswanhuyser@alg.law
ANACAPA LAW GROUP, INC.
508 East Haley Street
Santa Barbara, CA 93103
Tel: (805) 689-1469

Arthur Pugsley (State Bar No. 252200)
Email: arthur@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff LOS ANGELES WATERKEEPER

William W. Funderburk, Jr. (Bar No. 176244)
Email: wfunderburk@candffirm.com
CASTELLON & FUNDERBURK LLP
811 Wilshire Blvd., Suite 1025
Los Angeles, California 90017
Tel. (213) 623-7515
Fax. (213) 532-3984

Attorneys for Defendant GASSER OLDS COMPANY, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit public benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>GASSER OLDS COMPNAY, INC., a California corporation<br><br>Defendants. | **Case No. 2:18-cv-05581-JFW (SSx)**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

And Now, to wit, upon consideration of the Parties' filed Stipulation to Dismiss Plaintiff's Claims With Prejudice, it is hereby ORDERED that the Stipulation to Dismiss Plaintiff's Claims with Prejudice is ENTERED and that all of Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2018     BY THE COURT:

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE